# Exhibit A



**American Express**
1500 NW 136th Avenue
MC FL 05-03-17
Sunrise, FL 33323

January 9, 2023

Gwendolyn Butler

Better Business Bureau ID#: ████3737
Ref: ████P93Q

CFPB Ref No: ████████████5623
Ref: ████████████PHVA

Account Ending in 11009

Dear Gwendolyn Butler.

We're writing in response to your recent correspondences to the Better Business Bureau (BBB). Consumer Financial Protection Bureau (CFPB) and the Executive Office of American Express. We are unable to modify the balance on your account as it is accurate. We are unable to refund the interest charges. We have credited your payments to the account.

We reviewed your documents
It is important to note that we addressed your concerns about the account balance in our previous response dated October 21. 2022, to CFPB Ref No 220929-9484537. Thank you for taking the time to provide the documents which you have submitted along with your BBB, CFPB and Executive Office correspondences. We have reviewed the documents provided and found that you have shared copies of your Truist Bank account statements for bank account ending in 6917. The Truist Bank account September 2022 statement that you provided, shows that your bank account was debited $3,802.76 on September 2, 2022 for a payment to us. It also shows that on September 6, 2022. your account was credited for a payment reversal in the corresponding amount of $3.802.76. Additionally, your bank account ending in 6917 October 2022 statement shows that on September 7, 2022 we credited your bank account $3,802.76. Please note that these statements would not reflect the additional credit of $3,602. 76 that was sent to you.

We credited $3602.76 to bank account ending in 1611
In the enclosed email sent on October 13, 2022, we advised that the credit of $3,602. 76 was sent to your bank account ending in 1611. Our records do not indicate that your account ending in 1611 is a Truist bank account. Please contact the relevant bank about the credit sent to account ending in 1611. If your bank records for your bank account ending in 1611 indicate that the credit was not received, then we request you to please send us complete

Gwendolyn Butler
Page Two
January 9, 2023

and unaltered copies of bank statements for bank account ending in 1611 from September 1, 2022 until present. You may provide the documents in the following ways:

- Fax it to us at our secure electronic fax 623-444-3001. Please include your name and American Express Card number.
- Upload the attachments at: **americanexpress.com/documentcenter.**   Be sure to select billing inquiry support as your document category and include your dispute refence number noted in the enclosed email.
- Mail it to us at:

American Express Customer Service
P.O. Box 981535
El Paso. TX 79998

We reviewed your interactions with us
We acknowledged in the enclosed letter dated October 21, 2022 minus enclosures, that we inadvertently processed payment for $3,802.76 on September 1. 2022 which was later returned by your bank. In an attempt to correct this issue, we inadvertently sent two credits to your bank accounts.  We regret any inconvenience this may have caused you. We listened to the available call recordings referenced in your correspondences and found we did not always provide correct information when you asked about the balance on the account. On September 29, 2022, we advised you that we mailed a refund check in the amount of $3,602.76. This was not correct. We made sure to provide feedback to the appropriate leader. Additionally, on the call you referenced from October 5, 2022, we reviewed the balance with you and explained how it was calculated. You advised that the credit for $3,602.76 was not showing on your bank account. Due to this, we submitted a request to have the balance reviewed. The enclosed email sent on October 7, 2022, correctly advised that the refunded amount of $3,602.76 was credited to your bank account ending in 1611 by an electronic refund.

We credited the payments made to your account
We understand your concerns about the payments made on your account. Please see a list of payments that were successfully processed after August 1, 2022:

- An autopay amount of $200.00 on August 22, 2022 from bank account ending in 6917
- A phone payment of $300.00 on October 1, 2022 from bank account ending in 1611
- An online payment of $341.39 on November 21, 2022 from bank account ending in 1611
- An online payment of $382.22 On December 27, 2022 from bank account ending in 1611

These payments have all been correctly credited to your account. Your balance as of January 9, 2023, is 11,359.89. We have enclosed your statements from August 2022 to December 2022 for your review. We are pleased to inform you that each statement provides a clear itemization of charges made on the account and all the payments received during the billing period. Please note, your autopayment arrangement was cancelled on September 6, 2022.

Gwendolyn Butler
Page Three
January 9, 2023

**Fees and interest charges are billed per the terms of your Cardmember Agreement (CMA)**
We understand your concern about the interest charges and late fees on your account. Any late fees or interest charges billed to your account, are in accordance with the terms provided in your CMA, under the section titled "Interest Rates" and "Fees". It is important to note that your account had an introductory annual percentage rate (APR) for purchases of 0.00% for twelve months which expired on September 27, 2022. Once this promotional APR ended, you APR for purchases went to the current APR on your account for purchases which is a variable rate of 28.99%. Your CMA explains that you are not charged interest when you are in an Interest Free Period. Your account enters an Interest Free Period when you pay your new balance as shown on your billing statement by the Payment Due Date or your account had no previous balance. When your account is not in an Interest Free Period, we charge interest on purchases from the date of the transaction. Regrettably, as such we are unable to accommodate your request to waive late fees and any interest charges as they are correctly being billed. You may view a copy of your CMA at **americanexpress.com/agreements.**

Although our decision remains unchanged, we do hope that we restore your faith and satisfaction with us in the future.

Sincerely,

*B. Rutty*

Customer Advocate Services Team
American Express

Enclosures