# Exhibit B

**Sent via Certified Mail**

Trans Union
PO Box 2000
Chester, PA 19016

Equifax Information Services, LLC
P.O. Box 740256
Atlanta, GA 30374-0256

Experian
PO Box 4500
Allen, TX 75013

      Re:    Gwendolyn Butler
             SSN: ██
             Date of Birth: ████
             Current Address: ██████

To Whom it Concern,

I, Gwendolyn Butler, have identified errors, inaccuracies, and misleading information on my Experian, Equifax, and Trans Union credit reports. Specifically, the American Express Account ("Account") is inaccurately reporting on my credit reports as follows:

1. Experian report- American Express Account No. 3499929119198763: The Highest Balance in the amount of $11,661 is incorrect. Further, the September 2022 $11,661, October 2022 $11,499, November 2022 $11,428, and December $11,359 balances are all incorrect. This is because American Express inadvertently charged my Account. Since then, they have reimbursed the funds, but the Highest Balance and balances between September to December 2022 are all incorrect. Please find enclosed a letter from American Express which explains the same.

2. Equifax report: American Express Account No. 3499929119198763: Equifax is reporting a High Credit of $11,661. This is inaccurate because American Express inadvertently charged my Account. Please find enclosed a letter from American Express which explains the same.

3. Transunion report: American Express Account No. 3499929119198763: The Highest Balance in the amount of $11,661 is incorrect. Further, the September 2022 $11,661, October 2022 $11,499, November 2022 $11,428, and December $11,359 balances are all incorrect. This is because American Express inadvertently charged my Account. Since then, they have reimbursed the funds, but the Highest Balance and balances between

September to December 2022 are all incorrect.  Please find enclosed a letter from American Express which explains the same.

Because I do not have confidence in this dispute process given the inaccurate and/or incomplete information appearing in my credit reports, I request all information in my credit files, including the sources of the information and identification of each person that produced a Report about me. All information in my files should be clearly and accurately disclosed, and it should not only be a report.

I have been damaged by this false and misleading reporting, and I will continue to suffer damage if the inaccurate and/or incomplete reporting is not properly updated. If any information disputed above cannot be verified, please remove the Account from my credit reports and credit files.  Finally, should American Express purportedly verify the disputed information, I hereby demand that you mark these Accounts as disputed and provide a description of the procedures used to determine the accuracy and completeness of the Accounts information reported by American Express, including but not limited to the business name and address of any individual or entity contacted in connection with such procedures.  Thank you for your time and attention to this matter, and I look forward to the responses required under the Fair Credit Reporting Act.

Enclosures:    American Express Letter Dated January 9, 2023

Sincerely,

_Gwendolyn Butler_
Gwendolyn Butler

26/02/2024
Date

**Signature:** _Gwen Butler_
Gwen Butler (Feb 26, 2024 17:32 EST)

**Email:** ███████████