# Exhibit C

Case 6:24-cv-00996-PGB-LHP   Document 1-4   Filed 05/30/24   Page 2 of 3 PageID 32

American Express
PO Box 31511
Salt Lake City, UT 84131-9934

Date: 05/01/24
American Express Account Ending in: 11009
Total Outstanding Balance: $6,726.29

125957-01A
Gwendolyn Butler                    00621

# Important Information
# Enclosed

Att: Jon Dubbeld

Dear Gwendolyn Butler:

We are writing to advise you that as of the date of this letter, your American Express® account referenced above has been transferred to TRANSWORLD SYSTEMS INC. for collections.

TRANSWORLD SYSTEMS INC. is committed to working with you and will be available to identify a personalized solution to resolve your balance.

If you have any questions about your account you can contact them using any of the following methods:

Call them toll free at 877-653-7089

At their Website https://myaccount.tsico.com

By email at Not Available

Write to them at

TRANSWORLD SYSTEMS INC.
PO Box 15130
Wilmington, DE 19850-5130

You may also pay your balance online at www.americanexpress.com/waytopay using reference code 34787 to access the website.

Sincerely,

American Express Global Collections

PC2

© 2024 American Express. All rights reserved.

PO Box 15131
Wilmington, DE 19850-5131

Physical Address:
Transworld Systems Inc.
500 Virginia Drive, Suite 514
Fort Washington, PA 19034-2733
Monday - Friday 8 AM to 6 PM ET
1-877-653-7086

**ctsi**

Please use address above for return mail only
Calls to or from this company may be monitored or recorded.

GWENDOLYN BUTLER

https://myaccount.tsico.com

Date: May 01, 2024
**Reference/TSI ID:** ▮▮▮▮▮▮▮▮

**Transworld Systems Inc. is a debt collector.** We are trying to collect a debt that you owe to AMERICAN EXPRESS. We will use any information you give us to help collect the debt.

## Our information shows:

You had an AMERICAN EXPRESS account with account number XXXXXXXXXX11009.

| | | |
|---|---|---|
| As of February 26, 2024 you owed: | $ | 6,726.29 |
| Between February 26, 2024 and today: | | |
| You were charged this amount in interest: | + $ | 0.00 |
| You were charged this amount in fees: | + $ | 0.00 |
| You paid or were credited this amount toward the debt: | - $ | 0.00 |
| **Total amount of the debt now:** | **$** | **6,726.29** |

## How can you dispute the debt?

• **Call or write to us by June 10, 2024 to dispute all or part of the debt.** If you do not, we will assume that our information is correct.

• **If you write to us by June 10, 2024** , we must stop collection on any amount you dispute until we send you information that shows you owe the debt. You may use the form below or write to us without the form. You may also include supporting documents. We accept disputes electronically at myaccount.tsico.com.

## What else can you do?

• **Write to ask for the name and address of the original creditor, if different from the current creditor.** If you write by June 10, 2024, we must stop collection until we send you that information. You may use the form below or write to us without the form. We accept such requests electronically at myaccount.tsico.com.

• Go to **www.cfpb.gov/debt-collection to learn more about your rights under federal law.** For instance, you have the right to stop or limit how we contact you.

• Contact us about your payment options.

**Notice:** See reverse side for important information

## Options for your convenience



Visit Us Online
https://myaccount.tsico.com
Login with your Reference/TSI ID:
▮▮▮▮▮▮
Password: Date of birth (MMDDYYYY) for
GWENDOLYN BUTLER



Review Your Account/ Chat with us

  

Pay with your phone in seconds:
Download Papaya Pay from the App
Store, Google Play or pay online at
www.ppaya.com/pay

Papaya Pay is a third-party application for initiating payments to our office and is not affiliated with Transworld Systems Inc. in any way. Any Papaya Pay transaction that you initiate must be successfully completed by Papaya Pay, and received by TSI, before it can be applied to your balance.

Please send correspondence or payment to Transworld Systems Inc. PO Box 15130, Wilmington, DE 19850-5130

## How do you want to respond?

*Check all that apply:*

**I want to dispute the debt because I think:**
   This is not my debt.
   The amount is wrong.
   Other (please describe on reverse or attach additional information).
**I want you to send me the name and address of the original creditor.**
   I enclosed this amount: **$** .

Make your check payable to *Transworld Systems Inc.*,
Include the Reference/TSI ID number 24122103500

Physical Address:
Transworld Systems Inc.
500 Virginia Drive, Suite 514
Fort Washington, PA 19034-2733
1-877-653-7086

GWENDOLYN BUTLER

**My address changed.**
(Please print new address in space provided on back).

**Mail this form to:**
Transworld Systems Inc.
PO Box 15130
Wilmington, DE 19850-5130



164708-C91-AX-FL-448

01 24122103500 8